**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SHAUN SWIRLING HAWK KIPP,**<br><br>**Defendant.** | **CR 24-100-GF-BMM**<br><br><br><br>**ORDER** |

The United States filed an unopposed motion pursuant to Fed. R. Crim. P. 48(a) to dismiss the indictment against defendant Shaun Swirling Hawk Kipp, without prejudice.  For good cause shown, IT IS ORDERED that the December 5, 2024, indictment is DISMISSED WITHOUT PREJUDICE. It is FURTHER ORDERED that the jury trial scheduled for June 23, 2026, is vacated.

DATED this 4th day of June 2026.

Brian Morris, Chief District Judge
United States District Courts